**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ADOPTION OF: J.D.A.P.      :   No. 140 WAL 2022
                                               :
                                               :

PETITION OF: O.P., FATHER      :   Petition for Allowance of Appeal
                                               :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of July, 2022, the Petition for Allowance of Appeal is

**DENIED**.